FILED
SUPERIOR COURT
OF GUAM

2024 APR -3 PM 5: 32

CLERK OF COURT

## IN THE SUPERIOR COURT OF GUAM

BY: _____

| | |
|---|---|
| PEOPLE OF GUAM, | **Criminal Case No. CF0031-20** |
| Plaintiff, | GPD Report Nos.: 20-01212 / 20-01278 |
| v. | **DECISION AND ORDER GRANTING DEFENDANT'S MOTION FOR RECONSIDERATION OF DECISION AND ORDER REVOKING PROBATION** |
| RON CHONIONG JOHN, DOB: 06/10/2003 | |
| Defendant. | |

## BACKGROUND

On April 13, 2022, Roon Choniong John ("Defendant") pled guilty to Theft by Receiving Via Complicity (as a 2nd Degree Felony). See Judgment of Conviction (Apr. 26, 2022). A judgment was entered and Defendant was placed on five (5) years of supervised probation. Id.

The Court subsequently revoked Defendant's probation and sentenced Defendant to five (5) years incarceration. See Decision and Order Granting Revocation of Probation (Oct. 5, 2023). The Court revoked Defendant's probation based on Defendant's new convictions in CF0361-20 and CF0381-19. Id.

On October 13, 2023, Defendant filed his Motion for Reconsideration of Decision and Order Granting Motion to Revoke Probation ("Motion"). Defendant claims his convictions in CF0361-20 and CF0381-19 do not justify revoking probation because the criminal conduct in those cases happened before Defendant entered probation. See Motion (Oct. 13, 2023).

The People do not oppose Defendant's Motion. See People's Non-Opposition to Defendant's Motion (Oct. 19, 2023).

## CONCLUSION

Due to the People's Non-Opposition, the Court hereby **GRANTS** Defendant's Motion. The Decision and Order Revoking Probation filed October 5, 2023 and the Commitment Order filed October 6, 2023 shall be retracted. Defendant's sentence imposed on April 13, 2022 shall go back into effect.

**IT IS SO ORDERED** this ___April 3, 2024___

**HONORABLE ALBERTO C. LAMORENA III**
**Presiding Judge, Superior Court of Guam**